Law Offices of Gregory Messer
Proposed Attorneys for Van Doug Walker
*Debtor and Debtor-in-Possession*
26 Court Street, Suite 2400
Brooklyn, NY 11242
(718) 858-1474
Gregory Messer, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:  Chapter 11

VAN DOUG WALKER,  Case No: 17-44665-ESS

Debtor.
------------------------------------------------------------X

## AFFIDAVIT OF VAN WALKER

Van Doug Walker, declaring under penalty of perjury pursuant to 28 U.S.C. § 1746, states as follows:

1. I am an individual residing in Kings County, New York.

2. I do not have pay stubs to file as I did not receive pay checks from V.Doug Walker Corp., an entity which I solely own and operate, and which has paid my expenses.

3. The undersigned Debtor does not have domestic support obligations pursuant to 11 U.S.C. Section 101(14)(A).

4. The undersigned Debtor has filed all applicable and required Federal, State and local tax returns and/or extensions for the tax years 2013 through 2016.

_____
Van Doug Walker

Sworn to before me this
5th day of October, 2017

_____

MARK R. BERNSTEIN
Notary Public, State of New York
No. 01LE6170201
Qualified in Suffolk County
Commission Expires July 31, 2021.