Your Honorable Judge Stong:

Yesterday's mediation went well. My only concern was that the preceedings never focused on me maintaining my primary residence, 494 Halsey Street, Bklyn NY 11233.

I am humbly requesting the courts to allow me to utilize today's mitigation session to emphasize my plan to maintain my primary residence. This also happens to be my main source of income which will allow to fulfill a successful reorganizion plan or settlement.

I have shown through my B26 form income statement that my 2017 net income was 62K. I have submitted that information to the courts. In no way am I trying to go against my counsel MR. Mark Bernstein, however I

feel that he made an error in not informing the court of my 2017 income. This I believe would have supported a payment plan with Mr Bourne.

At yesterday's mitigation, Mr Bernstein failed to allow for us, to propose a settlement for me to maintain my residence. So I am requesting that at today's mitigation session I be allowed to use this day as a opportunity to present and advocate solutions and suggestions that will allow me to maintain my primary residence.

I have been in bankruptcy court since September 2017, I have complied with every aspect and request in a timely manner. I even hired my own accountant to help and expedite request from the court and the

United STATES Treasury.


Respectfully,

Van D walker

Bankruptcy Case# 17-44665-ESS

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2018 MAY 11 A 9:58
RECEIVED