UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X CASE NO.: 17-44665
IN RE:

Van Doug Walker
                    Debtor.
--------------------------------------------------------X          CHAPTER 11

### ORDER AUTHORIZING RETENTION OF DAHIYA LAW OFFICES, LLC
### AS BANKRUPTCY COUNSEL TO THE DEBTOR

Upon the application (the "Application") of Van Doug Walker, the debtor and

debtor in possession (the "Debtor"), for authority pursuant to §327(a) of Title 11 of the United States

Code (the "Code") to retain DAHIYA LAW OFFICES, LLC  ("DLO") as bankruptcy counsel to the

Debtor, and the affirmation of Karamvir Dahiya , principal of  DLO dated May 21, 2018 and it

appearing that Karamvir  Dahiya is an attorney duly admitted to practice in this Court, and the Court

being satisfied that DLO represents no interest adverse to the Debtor or to the estate in the matters upon

which DLO is to be engaged and that its employment is necessary and in the best interests of the estate,

and it further appearing that and due and proper notice of the Application and its exhibits having

been served by the Debtor upon the twenty (20) largest unsecured creditors in this case, the Office

of the United States Trustee, and all parties who filed requests for notice, and no objection to the

relief requested having been filed with the Court, it is

**ORDERED**, that the Debtor be, and it hereby is, authorized to retain DLO as

bankruptcy counsel to represent the Debtor in the within case under chapter 11 of the Code, ~~nunc~~

~~pro tunc~~ ~~as at~~ *effective as of* May 21, 2018 and it is further

1

**ORDERED,** that all compensation and reimbursement of expenses to DLO for services rendered to the Debtor shall be consistent with the proposed Order of this Court establishing procedures for monthly compensation and reimbursement of expenses of professionals, 11 U.S.C. §§330 and 331 of the Code, the Bankruptcy Rules, the Local Rules and such other procedures as may, from time to time, be fixed by order of this Court, and it is further

**ORDERED**, that in the event DLO determines to raise its rates and such increase in rates are or will be applicable in the case, DLO shall promptly notify the Court, the 20 largest creditors of the Debtor and the United States Trustee for the Eastern District of New York of such changes, in writing**.**

**No Objection:**
**Office of the United States Trustee**
**By***/s Marylou Martin*   **6/14/18**



**Dated: Brooklyn, New York**                                          **Elizabeth S. Stong**
  **June 27, 2018**                                           **United States Bankruptcy Judge**

2