≡ Menu

**New York Law Journal** (/newyorklawjournal/)
POWERED BY LAW.COM (/)

Q Search (/newyorklawjournal/search/)

My Acc

SOURCE=HTTPS%3A%2F%2FWWW.
LAWYER-GROL

Publications (/publications/)   Law Topics (/topics/)   Surveys & Rankings (/rankings/)   Cases (/newyorklawjournal/case-digests/)

# 16-Lawyer Group Spins Off From Windels, Spurred by Rate Pressures

By **Christine Simmons** (/author/profile/Christine-Simmons/)   |   September 05, 2018 at 05:54 PM



*(Photo: Shutterstock)*

A group of 16 attorneys at New York-based Windels Marx Lane & Mittendorf, led by partner Bruce Bronster, have left the midsize law firm to open a litigation and foreclosure boutique, Bronster LLP.

The attorneys didn't have to go far. The boutique is subletting space from Windels Marx at 156 West 56th St. Bronster referred to the new firm as a "friendly spinoff," prompted by the desire for flexibility in offering lower rates.

The Bronster boutique's 16 attorneys include four partners, two of counsel and 10 associates.

Bronster was a Windels partner for 10 years, after arriving from the now-defunct Dreier firm. The 15 other attorneys were all formerly associates or counsel at the 130-attorney Windels firm. Bronster said the group represents the entire tax lien and mortgage foreclosure practice at Windels.

### Trending Stories

1  **Insurance Giant Hit With Cl Action Alleging Underpayment for Mental Health Visits** (https://www.law.com/there giant-hit-with-class-action-alleging-underpayment-for-mental-health-visits/)

   THE RECORDER (/THERECORDER/)

2  **The First Global 200 Survey Shows a Massive Revenue Gap** (https://www.law.com/amer first-global-200-survey-sho a-massive-revenue-gap/)

   THE AMERICAN LAWYER (/AMERICANLAWYER/)

3  **Rising Stars: The Slideshow** (https://www.law.com/new\ stars-the-slideshow/)

   NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)

4  **Dechert Practice Leader Departs as Husband and UI Politico Takes Facebook Jol** (https://www.law.com/amer practice-leader-departs-as-husband-and-uk-politico-takes-facebook-job/)

   THE AMERICAN LAWYER (/AMERICANLAWYER/)

5  **Baker McKenzie Leader to Temporarily Step Down Du Exhaustion** (https://www.law.com/new\ mckenzie-chairman-paul-rawlinson-to-temporarily-st down-from-role-396-8258/)

   INTERNATIONAL (/INTERNATIONAL

Andrew Jacobson, Don Abraham and Michael Resnikoff join Bronster as partners of the boutique, which will focus on real estate, litigation, tax lien and mortgage foreclosures and hospitality matters. The group represents banks, trusts, investors and servicers in foreclosure litigation and represents restaurant and retail clients as general outside counsel.

In particular, Bronster, 54, represents residential real estate broker Douglas Elliman and real estate development firm Moinian Group in litigation; Tower Capital Management and MTAG Services, major servicers in foreclosure; Tiffany & Co. in real estate leasing; and Pat LaFrieda Meat Purveyors in a variety of matters.



*Bruce Bronster.*



Bronster said he left Windels Marx on his own, motivated by flexibility to lower his rates, fewer conflicts, flexibility to make quick decisions on hiring and more focus on his own matters. "We're nimbler, we can make decisions more quickly, we can have alternate billing rates—and lower rates," he said.

For instance, he said, for one "bulk litigation client," the boutique lowered billing rates by 20 percent. "I have the opportunity to increase market share" with lower rates, he added.

Bronster declined to specify his new firm's billing rates. But he said, for clients who are accustomed to partner rates in the $600 to $1,000 per hour range, "we've been able to achieve close to half of that."

He added that, while Windels has some flexibility on rates, "sometimes you have to do things by committee."

Bronster said he continues to have a good relationship with Windels and to refer the firm matters.

Robert Luddy, Windels' managing partner, confirmed Bronster left on amicable terms. "Much of Bruce's business centers around litigation concerning tax liens and the conflicts and rate structures associated with that practice make it easier to operate on a smaller platform," he said in an email. "I anticipate that our firms will co-counsel on selected matters unrelated to tax liens when appropriate going forward."

Luddy indicated the group departure would not impact Windels' own business. "Windels enjoyed the best financial performance in our long history last year and I expect that level of performance to continue into the future," Luddy said.

f SHARE    ▼ SHARE

### Christine Simmons

Christine Simmons writes about the New York legal community and the business of law. Email her at csimmons@alm.com and find her on Twitter @chlsimmons



( /author/profile/Christine-Simmons/)

More from this author → (/author/profile/Christine-Simmons/)

LEAN ADVISER LEGAL (/LEAN-ADVISER/STATIC/LEAN-ADVISER/?CMP=LARMLDC)

## Think Lean Daily Message

" The world of Strategic Management (SM) has four traditional stages: Plan, Execute, Monitor and Improve. That s what we shall be doing, planning our work assignments as projects, executing them, monitoring our progress and then seeing how we can learn and improve. "

Learn More (/lean-adviser/static/lean-adviser/?cmp=LARMLDC)

## Recommended Stories

### Anti-Poverty Organization Mobilization for Justice to Launch Bronx Office ()

SUSAN DESANTIS (/AUTHOR/PROFILE/SUSAN-DESANTIS/) | OCTOBER 23, 2018

## Featured Firms

**Law Offices of Mark E. Salon**

2 OLIVER ST #608
BOSTON, MA 02109
857-444-6468 www.marksalomone.c

**Gary Martin Hays & Associat**