Hearing Date: December 4, 2019 9:30 a.m.
Objection Deadline: November 27, 2019 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | CASE NO. 17-44665-ess |
|---|---|
| VAN DOUG WALKER, | CHAPTER 7 |
| Debtor-in-Possession. | Honorable Elizabeth S. Stong |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEBTOR VAN DOUG WALKER

PLEASE TAKE NOTICE, that THE LAW OFFICE OF RENÉ MYATT shall move the United States Bankruptcy Court, Eastern District of New York located at 271 Cadman Plaza East; Brooklyn, New York 11201, for an order permitting it to withdraw as counsel to the debtor, Van Doug Walker.

PLEASE TAKE FURTHER NOTICE that a hearing has been calendared for the foregoing relief before the Hon. Elizabeth S. Strong at **9:30 a.m.** on **December 4, 2019**. All responses to the motion to be filed at least one week in advance of the hearing.

Dated: Hollis, New York
November 4, 2019

RENÉ MYATT, ESQ.
204-04 Hillside Avenue, 2nd Floor
Hollis, NY 11423
(718) 468-3588
myattlegal@aol.com

TO:   Van Doug Walker
*Debtor*
545 Halsey Street

Brooklyn, NY 11233

Alan NIsselson, Esq.
*Trustee*
Windels Marx Lane & Mittendorf. LLP
156 W. 56th Street
New York, NY ____
anisselson@windelsmarx.com

Kenneth Baum, Esq.
*Creditor*
99 Church Street, 4th Floor
White Plains, NY 10601
kbaum@kenbaumdebtsolutions.com

Ernest A. Yazzetti, Esq.
*Creditor*
Knuckles Komosinski & Manfro, LLP
565 Taxter Road, Suite 590
Elmsford, NY 10523
(914) 345-3020
ey@kkmllp.com

Marylou Martin, Esq.
United States Trustee Offices
201 Varick Street, Suite 1006
New York, NY 10014
Marylou.Martin@usdoj.gov
USTPRegion02.BR.ECF@usdoj.gov

Sabita Hajaree Ramsaran, Esq.
Kozen & McCubbin, L.C., LLC
*Attorneys for Specialized Loan Servicing, LLC*
12400 Olive Blvd, Ste 555
St. Louis, MO 63141

David L. Tillem, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
*Attorneys for Environmental Control Board*
1133 Westchester Avenue
White Plains, NY 10604
tillemd@wemed.com

See Next Page for Continuation of Service List

*In re Van Doug Walker 17-44665-ess*

Ford Motor Credit Company d/b/a/ Land Rover Capital
1787 Veterans Highway, Suite 32
P.O. Box 9003
Islandia, NY 11749-9817

Alan Crider
494 Halsey Street, 3rd Floor
Brooklyn, NY 11233

FC Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 920809-0112

New York State Department of Tax & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

New York City Department of Finance
Church Street Station
P.O. Box 3600
New York, NY 10008-3600

NYCTL 2017-A Trust
NYSCTL 2017-A TRUST MTAG
P.O. Box 360955
Pittsburgh, PA 15251-6955

Optimum
1111 Stewart Avenue
Bethpage, NY 11714-3533

Michael S. Amato, Esq.
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza, 15th Floor
Uniondale, NY 11556-1425

Internal Revenue Service
10 Metro Tech Center
625 Fulton Street

Brooklyn, NY 11201
*In re Van Doug Walker 17-44665-ess*

Deutsche Bank National Trust Co. Trustee
c/o Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, Colorado 80129

Andrew Kassmaul
Buckley Madole, P.C.
P.O. Box 9013
Addison, TX 75001

American Express Bank, FSB
American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

National Grid
300 Erie Blvd West
Syracuse, NY 13202

Real Time Resolutions, Inc.
149 Empire Central Drive, Suite 150
Dallas, TX 75247-4029

New York City Water Board
Andrew Rettig
Assistant Counsel
59-17 Junction Boulevard
Elmhurst, NY 11373

RAS Boriskin, LLC
900 Merchants Concourse, LL-13
Westbury, NY 11590

Rubin & Rothman, LLC
1787 Veterans Hwy, Suite 32
P.O. Box 9003
Islandia, NY 11749-9003

*In re Van Doug Walker 17-44665-ess*

RBS Citizen, N.A.
c/o Convergent Outsourcing
800 SW 39th Street, Suite 100
P.O. Box 9004
Renton, WA 98057

Selene Finance
9990 Richmond Avenue
Suite 400 South
Houston, TX 77042-4536

Pinpoint Technologies 3 LLC
c/o Stephen Einstein & Associates
M. Berger
39 Broadway, Suite 1250
New York, NY 10006-3089