**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re

VAN DOUG WALKER,

Debtor.

Chapter 7

Case No. 1-17-44665-ess

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND GRANTING APPLICATIONS FOR FINAL AWARD OF COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS

_____

Upon consideration of the Trustee's Final Report and Account (the "**Trustee's Final Report**") and applications pursuant to Bankruptcy Code §§ 326, 328 and 330 and Federal Rule of Bankruptcy Procedure 2016(a) for final allowance and payment of professional compensation and reimbursement of expenses incurred during the periods set forth in the applications of Alan Nisselson (the "**Trustee**"), Chapter 7 Trustee, Windels Marx Lane & Mittendorf, LLP ("**WMLM**"), attorneys  for the Trustee and  Joseph A. Broderick, P.C., accountants for the Trustee (the "**Applications**"); and a hearing having been held to consider the Applications on October 13, 2020 (the "**Hearing**"); and notice having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and (c)(2); and the Debtor having filed an objection (the "**Objection**") to the Application of WMLM  and WMLM  having filed a response to the Objection, and the Court having held a hearing on October 13, 2020, and the Court having given due consideration to the Objection and the Response and having overruled the Objection based upon the record of the hearing and the record of this case; and the United States Trustee having filed a statement of no opposition, and no other objections having been interposed; and sufficient cause having been shown therefore, it is hereby

**ORDERED**, that the Trustee's Final Report is approved and accepted as filed; and it is further

**ORDERED**, that the Applications are ~~granted~~ ***approved*** for final allowance of compensation and reimbursement of expenses; and it is further

**ORDERED**, that the Chapter 7 Trustee, Alan Nisselson, be, and hereby is, ~~awarded~~ ***allowed*** commissions in the amount of $8,754.73 and expenses in the amount of $30.00; and it is further

**ORDERED**, that Windels Marx Lane & Mittendorf, LLP, attorneys for the Trustee, be and hereby are, ~~awarded~~ ***allowed*** fees in the amount of $78,331.74 and expenses in the amount of $888.40; and it is further

**ORDERED**, that Joseph A. Broderick, P.C., accountants for the Trustee, be and hereby are, ~~awarded~~ ***allowed*** fees in the amount of $550.00.



**Dated: Brooklyn, New York**
**October 14, 2020**

                                **Elizabeth S. Stong**
                        **United States Bankruptcy Judge**