Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2025 JAN -b P 3: 55

RECEIVED

January 3, 2025

Re: Van Doug Walker
Ch. 7 Case No. 1-17-44665-ess
Adv. Pro. No. 1-22-01008-ess

Dear Judge Stong:

I am writing to bring to the Court's attention concerning conduct by Attorney Kathy McCullough Day, counsel for Selene Finance LLP, and to request appropriate sanctions.

On October 19, 2021, I attempted in good faith to resume mortgage payments following the pandemic forbearance period. I had specifically set aside funds to bring my mortgage current for the months of June through October 2021. However, Attorney Day explicitly refused to accept these payments, instead insisting that I retain counsel for further negotiations.

I believe Attorney Day's refusal to accept my mortgage payments was made in bad faith. Her actions appear calculated to create a default situation that would position Selene Finance LLP to file a motion for relief from automatic stay. As a direct result of her refusal, I was forced to expend the funds I had reserved for mortgage payments on legal representation instead.

This situation was further complicated when, after I followed Attorney Day's directive to retain counsel, her colleague Attorney Kevin Toole instructed me to dismiss my retained counsel and negotiate directly with him instead. Attorney Toole then allowed the loan modification negotiations to fail. I note that a separate motion for sanctions against Attorney Toole for this conduct remains pending before this Court.

I respectfully request that the Court consider imposing appropriate sanctions against Attorney Day for this conduct, which I believe constitutes an abuse of the bankruptcy process and has caused me direct financial harm. Additionally, I request that the Court schedule an in-person hearing to address these sanctions request along with all other pending sanctions motions in this case, as these matters warrant direct examination and discussion in open court.

Respectfully submitted,

Van Doug Walker
Debtor

UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF NEW YORK

--------------------------------------------------------x

In Re: Van Doug Walker

Case No.: Ch. 7 Case No. ~~1-344665-ess~~ VW
1-17-4466 ~~S~~ ESS

Debtor.

Adv. Pro. No.: 1-22-01008-ess

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on ____**1-6-2025**____, a copy of

(Date of Service/Mailing)

____**APPROPRIATE SANCTIONS**____

(Title of Document(s) served)

was deposited in an enclosed, properly addressed postage-paid envelope, and served by
First Class US Mail

_____

(Method of Delivery, e.g., Federal Express Overnight, U.S. Post Office Priority Mail)

upon the following [*below specify the name and mailing address of each party served*]:

Suzanne Youssef, Esquire
Robertson, Anschutz, Schneid, Crane & Paftners, PLLC
900 Merchants Concourse, Suite 310
Westbury, NY 11590

Scott P. Ciupak, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
900 Merchants Concourse, Suite 310
Westbury, NY 11590

Dated: ____**JAN 6th 2025**____

_____

Print name

_____

Signature

Van Walker
545 Halsey Street
Brooklyn, NY 11233

1